# CJA 24 AUTHORIZATION AND VOUCHER TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 0090 | JOSE GARCIA SOTO | 0090.1768706 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:13-CR-00142-1-RCL | 23-3084 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| USA v. SOTO | Felony (including pre-trial diversion of alleged felony) | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:1114.F,18:1111.F,18:1113.F,18:1116.F,18:924C.F

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED   *(Describe briefly)*
Appeal before the United States Court of Appeals for the District of Columbia Circuit (Case No. 23-3087)

13. PROCEEDING TO BE TRANSCRIBED   *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)*
Sentencing Hearing (November 6, 2017) and Resentencing Hearing (May 23, 2023)

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned 0% of transcript with *(Give case name and defendant)*

B. ☐ 14-Day  ☐ Expedited  ☐ 3-Day  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Manuel Retureta /S/     05/15/2024 12:29:10
Signature of Attorney     Date
Printed Name: Manuel Retureta
Telephone: (202) 450-6119

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.

Royce C. Lamberth /S/
Signature of Presiding Judicial Officer or By Order of the Court
07/26/2024 10:05:31
Date of Order      Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME: Sherry T. Lindsay
MAILING ADDRESS: 333 Constitution Ave NW, RM 6710, Washington, DC 20001

19. SOCIAL SECURITY OR EMPLOYER ID NUMBER OF PAYEE: XX-XXXXXXX

Telephone: 2023543053

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | -------- | | | | | |
| Copy | 1-31 | 30 | $1.00 | $30.00 | $0.00 | $30.00 |
| Expense (Itemize) | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED | $30.00 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim for services rendered is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of: Sherry Lindsay /S/     Date: 8/1/2024

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Manuel Retureta /S/     12/08/2024 21:14:54
Signature of Attorney or Clerk     Date

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. APPROVED FOR PAYMENT | | 24. AMOUNT APPROVED |
|---|---|---|
| Royce C. Lamberth /S/ | 12/10/2024 12:45:02 | $30.00 |
| Signature of Judicial Officer or Clerk of the Court | Date | |

**Voucher Services Detail**

| Date | Service Type | Description | Incl. Page Numbers | No. of Pages | Rate Per Page | Apportioned | Adjusted | Total | Audit Amount | Audit Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2024 | Copy | 5/23/23 | 1-31 | 30 | $1.00 | $0.00 | $0.00 | $30.00 | | |

**Voucher Expenses Detail**

No Expenses Reported

**Submission Notes**

Public Notes

(No Notes)

Private Notes

(No Notes)