UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA**

      **Appellee**                           **No. 23-3084**

**v.**

                                         **District Court No. 13-cr-142-1**

**JOSE GARCIA SOTA**

      **Appellant.**

## MOTION TO JOIN CO-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX

**COMES NOW** Appellant Jose Garcia Sota, by and through undersigned counsel and submits the following:

1. This afternoon Consolidated Co-Appellant Quezada-Pina filed an Unopposed Motion for an Extension of Time to File Brief and Joint Appendix until December 15, 2025 [Document 2144428].

2. Appellant respectfully requests leave to join Consolidated Co-Appellant Quezeda-Pina's motion and further respectfully requests that this Honorable Court extend the briefing schedule in accordance with the schedule set forth therein. In support of this request, undersigned counsel submits the following:

    a. As Appellant and Consolidated Co-Appellant Quezeda-Pina were co-defendants before the district court, previously filed a consolidated appeal and

1

were resentenced by the district court during the same proceeding, the issues they shall present in this consolidated appeal are inextricably intertwined. As a result, Appellant submits it would be appropriate for their appeal to remain consolidated and for a single brief to be filed their appeal.

     3.    Given the hour, undersigned counsel was not able to contact counsel for the government to ascertain its position on this motion.

     **WHEREFORE** Appellant Jose Garcia-Sota respectfully requests that the currently set briefing schedule be extended in accordance with the schedule set forth in Consolidated Co-Appellant Quezada-Pina's Unopposed Motion for an Extension of Time to File Brief and Joint Appendix.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____
Manuel J. Retureta, Esq.
300 New Jersey Avenue NW
Suite 300
Washington, DC  20001
(202) 450-6119 (Office)
(202) 783-9119 (Fax)

Counsel for Appellant Jose Garcia Sota
(Appointed by this Court)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served upon counsel for all parties via the Court's ECF system on this 7th day of November 2025.

By: _____

_____

Manuel J. Retureta, Esq.

## CERTIFICATE OF COMPLIANCE

1. Appellant's Motion to Join Co-Appellant's Unopposed Motion for Extension of Time to File Brief and Joint Appendix complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains *266* words.

2. Appellant's Motion to Join Co-Appellant's Unopposed Motion for Extension of Time to File Brief and Joint Appendix complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally space typeface using Microsoft Word 2008 in 14 pt Times New Roman.

By: *[signature]*
_____
Manuel J. Retureta, Esq.